# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| United Security Insurance Company | Civil Action No.:1:07-CV-00564-RPM |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| Lowry Contracting, Inc., | |
| Defendant. | |

Pursuant to the Stipulation of the parties, it is

ORDERED that judgment shall be entered dismissing the above-entitled action in its entirety with prejudice and, without costs, disbursements or attorneys' fees to any party.

Dated this 17th day of March, 2008.

BY THE COURT:

s/Richard P. Matsch

_____
RICHARD P. MATSCH
UNITED STATES DISTRICT JUDGE